UNITED STATES DISTRICT COURT
EASTERN DISTRCT OF NEW YORK

| | |
|---|---|
| **LOUIS MCLAUGHLIN,**<br><br>**Individually and on Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**IDT ENERGY, INC., GENIE RETAIL ENERGY, GENIE ENERGY INTERNATIONAL CORPORATION, AND GENIE ENERGY LTD.,**<br><br>Defendants. | Case No. 14 Civ. 4107 (ENV) (RML)<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE THAT** upon the Parties' Settlement Agreement (the "Settlement Agreement"), attached hereto as Exhibit 1; the accompanying memorandum of law; and all other papers and proceedings herein, Plaintiffs Louis McLaughlin, Anthony Ferrare, and Deborah Aks ("Plaintiffs") hereby move this Court under Federal Rule of Civil Procedure 23 and Rule 7.1 of the Local Civil Rules for the United States District Courts for the Southern and Eastern Districts of New York for an order:

(1) Granting preliminary approval of the terms of settlement set forth in the Parties' Settlement Agreement;

(2) Preliminarily certifying the proposed Settlement Class;

(3) Preliminarily designating Plaintiffs and their counsel, Steven L. Wittels and J. Burkett McInturff of Wittels Law, P.C.; Jonathan Shub, of Kohn, Swift & Graf, P.C.; Troy M. Frederick, of Marcus & Mack, P.C.; Matthew R. Mendelsohn, of Mazie, Slater, Katz and Freeman, LLC; Matthew D. Schelkopf, of McCune Wright Arevalo, LLP; and D. Greg Blankinship, of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP as Representatives of the Settlement Class and Class Counsel for the Settlement Class, respectively;

(4)   Directing that notice be sent to Class Members pursuant to the terms of Settlement Agreement;

(5)   Finding that such notice constitutes the best notice practicable under the circumstances;

(6)   Scheduling dates by which the Parties and Class Members are to comply with their requirements and obligations under the Settlement Agreement; and

(7)   Setting a hearing date for the final approval of the proposed settlement and an award of attorneys' fees and costs.

Attached hereto as Exhibit 2 is the Parties' agreed-upon proposed Order Preliminarily Approving Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. Pursuant to the terms of the Settlement Agreement, this motion is unopposed by Defendants.

Dated:  August 25, 2017
        Armonk, New York

                              Respectfully submitted,

                              **WITTELS LAW, P.C.**

                              By: /s/ Steven L. Wittels
                                  Steven L. Wittels (SW-8110)
                                  J. Burkett McInturff (JM-4564)
                                  Tiasha Palikovic (TP-5697)

                                  18 HALF MILE ROAD
                                  ARMONK, NEW YORK 10504
                                  Telephone: (914) 319-9945
                                  Facsimile:  (914) 273-2563
                                  slw@wittelslaw.com
                                  jbm@wittelslaw.com
                                  tpalikovic@wittelslaw.com

                                  *Counsel for Plaintiffs and the Class*