

# WITTELS LAW

New York & New Jersey

**Steven L. Wittels**  
**Partner**  
slw@wittelslaw.com

18 Half Mile Road  
Armonk, New York 10504  
T: (914) 319-9945   F: (914) 273-2563

August 25, 2017

**Via ECF & Federal Express**  
The Honorable Eric N. Vitaliano  
United States District Court  
225 Cadman Plaza East  
Brooklyn, New York 11201

  Re: *McLaughlin v. IDT Energy, Inc., 14-cv-4107 (ENV)(RML)*

Dear Judge Vitaliano:

  On behalf of Plaintiffs and the proposed Class, enclosed please find courtesy copies of Plaintiffs' unopposed motion for preliminary approval in the above-referenced class action. Subject to the Court's approval, the parties have agreed to a global class action settlement that makes available an estimated $31.26 million in cash payments or $54.60 million in bill reductions to Class Members, plus an additional estimated $10 million in cash for rebates that were allegedly incorrectly calculated.

  The enclosed documents in support of the motion for preliminary approval are as follows:

(a) Notice of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion");

(b) Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; and

(c) Proposed Order Preliminarily Approving Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order").

  The Settlement Agreement and the proposed Preliminary Approval Order, which Defendants have agreed to, are attached to the Motion as Exhibits 1 and 2, respectively. For the Court's convenience, we have enclosed an additional separate copy of the Preliminary Approval Order. Also enclosed is a compact disc containing a Word version of the Preliminary Approval Order.

  The date Your Honor signs the Preliminary Approval Order triggers the deadlines set forth in the Settlement Agreement for providing notice to Class Members and sets deadlines for Class Members to submit claims, to present their views of the settlement, or opt-out.

  If the Court grants preliminary approval of the Parties' proposed settlement by September 1, 2017, we respectfully request that the Court set the date for a Final Approval Hearing on

**The Honorable Eric N. Vitaliano**                                                                      Page **2** of **2**
August 25, 2017

January 31, 2018, or as soon thereafter as is convenient for the Court. This will allow sufficient time for the parties to effectuate all elements of the proposed settlement process.

        Thank you for the Court's consideration of this request.

                                                                 Respectfully submitted,

                                                                 /s/ Steven L. Wittels
                                                                      Steven L. Wittels

cc:     Hon. Robert M. Levy (via ECF)
           All counsel of record (via ECF)